## BROOKE v. DOCKAL.
### No. 2924.

Court of Civil Appeals of Texas. Beaumont.
March 12, 1936.

L. J. Dibrell, of Galveston, for appellant.

Armstrong, Cranford, Barker & Bedford and John H. Austin, all of Galveston, for appellee.

WALKER, Chief Justice.

This appeal was filed in the Galveston Court of Civil Appeals, and transferred to our docket by orders of the Supreme Court. The record is before us without briefs by either party; therefore, the appeal is dismissed for want of prosecution. Haynes v. J. M. Radford Grocery Company, 118 Tex. 277, 14 S.W.(2d) 811.